RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
LAUREN D. GORMAN
Assistant Federal Public Defender
Nevada State Bar No. 11580
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Lauren_gorman@fd.org

Attorney for RYAN CHRISTY



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RYAN CHRISTY,<br><br>　　　　Defendant. | Case No. 3:20-mj-00122-WGC<br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING<br>(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for RYAN CHRISTY and CHRISTOPHER CHIOU, Acting United States Attorney, and PENELOPE J. BRADY, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for May 6, 2021, at 3:00 PM, be vacated and continued to July 14, 2021, at 3:00 PM.

///

///

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Christy.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. Mr. Christy is on bond and agrees to the continuance. Specifically, Mr. Christy was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

5. This is the first request for continuance of the sentencing hearing.

DATED this 21st day of April, 2021.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Lauren D. Gorman  
LAUREN D. GORMAN  
Assistant Federal Public Defender  
Counsel for RYAN CHRISTY

CHRISTOPHER CHIOU  
Acting United States Attorney

By /s Penelope J. Brady  
PENELOPE J. BRADY  
Assistant United States Attorney  
Counsel for the Government

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for May 6, 2021, at 3:00 PM, be vacated and continued to **July 14, 2021, at 3:00 PM.**

DATED this __21st__ day of April, 2021.

_William G. Cobb_
UNITED STATES DISTRICT JUDGE