RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
LAUREN D. GORMAN
Assistant Federal Public Defender
Nevada State Bar No. 11580
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Lauren_gorman@fd.org

Attorney for RYAN CHRISTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN CHRISTY,<br><br>　　　　　Defendant. | Case No. 3:20-mj-00122-WGC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for RYAN CHRISTY and CHRISTOPHER CHIOU, Acting United States Attorney, and PENELOPE J. BRADY, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for July 14, 2021, at 3:00 PM, be vacated and continued to August 25, 2021, at 1:30 PM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. Counsel for the Defendant, Mr. Christy, has a conflict with the currently scheduled date and time of the sentencing hearing. She contacted Ms. Brady who advised she did not oppose a continuance.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. This additional time is necessary in order to allow defense counsel to participate in a hearing in another case and prepare for the sentencing hearing.

4. Mr. Christy is on bond and agrees to the continuance. Specifically, Mr. Christy was informed that the continuance will allow defense counsel to provide continuity of counsel.

5. This is the second request for continuance of the sentencing hearing.

DATED this 13th day of July, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By  /s/ Lauren D. Gorman<br>     LAUREN D. GORMAN<br>     Assistant Federal Public Defender<br>     Counsel for RYAN CHRISTY | By  /s Penelope J. Brady<br>     PENELOPE J. BRADY<br>     Assistant United States Attorney<br>     Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for July 14, 2021, at 3:00 PM, be vacated and continued to **August 25, 2021, at 1:30 PM.**

DATED this 14th day of July, 2021.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE